**Order entered September 26, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00862-CV

## IN THE INTEREST OF M.J.S., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-56663-2020**

## ORDER

Before the Court is the September 23, 2022 request of Deputy Clerk Ashley Clark for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **October 24, 2022**.

/s/    KEN MOLBERG
       JUSTICE